1 | Thomas P. Bleau, Esq., SBN 152945                         JS-6
   | tbleau@bleaufox.com
2 | Martin Fox, Esq., SBN 155783
   | mfox@bleaufox.com
3 | Gennady L. Lebedev, Esq., SBN 179945
   | glebedev@bleaufox.com
4 | Megan A. Childress, Esq., SBN 266926
   | mchildress@bleaufox.com
5 | BLEAU FOX, A P.L.C.
   | 3575 Cahuenga Blvd., West, Suite 580
6 | Los Angeles, California 90068
   | Telephone: (323) 874-8613
7 | Facsimile: (323) 874-1234

8 | Attorney for Plaintiff,
   | MONA'S SERVICES, INC.

9

10 **UNITED STATES DISTRICT COURT**

11 **CENTRAL DISTRICT OF CALIFORNIA**

12 MONA'S SERVICES, INC., a California )  CASE NO: 2:12-cv-08854-PA-VBK
   corporation;                        )
13                                      )  **ORDER DISMISSING ENTIRE ACTION**
                      Plaintiffs,       )  **WITH PREJUDICE**
14 v.                                   )
                                        )  Complaint Filed:     October 16, 2012
15 EXXONMOBIL OIL CORPORATION, a )       District Judge:      Hon. Percy Anderson
   New York corporation, EXXONMOBIL )   Dept:                15
16 CORPORATION, a New Jersey corporation, )  Magistrate:       Hon. Victor B. Kenton
   CIRCLE K STORES, INC., a Texas )     Dept:                590
17 corporation and DOES 1 through 10, )  Trial Date:          Not Set
   Inclusive;                           )
18                                      )
                      Defendants.       )
19 _____ )

20     Having considered the Stipulation of Dismissal of Entire Action With Prejudice by and

21 between the parties, the Court hereby orders this entire action to be dismissed with prejudice,

22 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own

23 attorneys' fees and costs.

24  IT IS SO ORDERED.

25

26 Date: May 16, 2013                      _____

27                                          Hon. Percy Anderson
                                           United States District Judge

28

-1-
[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE